**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: May 13, 2019**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

In the Matter of:

    CHARLENE MARIE DAVIS　　　　　　　　　Case No. 18-13319
    　　　　　　　　　　　　　　　　　　　　　　　Judge Beth A. Buchanan
    　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

    Debtor(s)

### ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

    This matter is before the Court on Debtor's Motion to Reopen Case (Doc. No. 35). The reasons for Debtor's Motion are fully contained therein.

    For good cause shown the Court hereby grants Debtor's Motion.

**IT IS SO ORDERED.**

Copies to:

Default List

United States Bankruptcy Court
Southern District of Ohio

```
In re:                                                          Case No. 18-13319-bab
Charlene Marie Davis                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: williamt              Page 1 of 1              Date Rcvd: May 14, 2019
                              Form ID: pdf01              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Charlene Marie Davis,    2454 Mustang Drive,    Cincinnati, OH 45211-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
              Brian D Flick    on behalf of Debtor Charlene Marie Davis bflick@dannlaw.com,
               notices@dannlaw.com;bflickecf@gmail.com;4724185420@filings.docketbird.com;notices@nextchapterbk.c
               om;edwardo@dannlaw.com;4724185420@filings.docketbird.com
              E. Hanlin Bavely    trusteebavely@zoomtown.com,  ehb@trustesolutions.net
                                                                                             TOTAL: 3